Eve Kleinfeld, Appellant, v Marnin Rand, Respondent. [38 NYS3d 800]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered May 1, 2015, which granted defendant's motion to dismiss the complaint for lack of personal jurisdiction, unanimously reversed, on the law, without costs, and the motion denied.

Dismissal of the complaint for lack of personal jurisdiction was improper in this action on defendant's guaranty of a promissory note. Defendant is a New Jersey resident, but he came to New York two or three times—once or twice to negotiate the terms of the note, and once to negotiate his guaranty. Negotiating the terms of a note constitutes the transaction of business (*see San Ysidro Corp. v Robinow*, 1 AD3d 185, 187 [1st Dept 2003]; CPLR 302 [a] [1]), and by analogy, so does negotiating the terms of a guaranty of a note. Concur—Friedman, J.P., Richter, Feinman, Kapnick and Kahn, JJ.